# Ferro Labella & Zucker L.L.C.
### COUNSELLORS AT LAW

PLEASE REPLY TO N.J. OFFICE

RUSSELL T. BROWN
*Counsel*

THE LANDMARK BUILDING
27 WARREN STREET, SUITE 201
HACKENSACK, N.J. 07601-5476
(201) 489-9110
FAX (201) 489-5653

1025 WESTCHESTER AVENUE, SUITE 106
WHITE PLAINS, N.Y. 10604-3538
(914) 358-4934
FAX (914) 358-4935
rbrown@ferrolabella.com

July 18, 2011

**VIA ELECTRONIC FILING**

Honorable Stanley R. Chesler, U.S.D.J.
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room 417
Newark, New Jersey 07101

      Re:    O.Berk Company, L.L.C. v. Christopher Lazo and A.L.A. Supply, Inc., a/k/a A.L.A. Supplies Inc.
            Civil Action No. CV-11-03979 (SRC)

Dear Judge Chesler:

      This firm represents Plaintiff, O.Berk Company, L.L.C. ("O.Berk"), in connection with the above-referenced matter. Currently pending before the Court is O.Berk's application for a preliminary injunction. By way of brief background, a Temporary Restraining Order ("TRO") had been entered on June 27, 2011, by the Superior Court of New Jersey prior to Defendants' removal of this action to this Court. Today, Your Honor issued an Order directing that the parties comply with the briefing schedule concerning the preliminary injunction application as established in the TRO. The parties are currently engaged in settlement discussions and are making solid progress. If the parties are able to resolve this matter, we expect to do so within two weeks by way of a written settlement agreement. Accordingly, with the consent of counsel for Defendants, I write to respectfully request a short, two-week adjournment of the briefing schedule so as to allow the parties to focus their efforts on settlement. If this request is granted, Defendants' opposition, if any, would be due by August 1, 2011 and O.Berk's reply, if any, would be due by August 8, 2011.

      Thank you for Your Honor's attention to this matter.

7/18/2011
STANLEY R. CHESLER, U.S.D.J.

Respectfully submitted,

Russell T. Brown

/op